No. 568. Chichagoff Mining Company *v.* John Tuppela. November 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John P. Gray* for petitioner. *Mr. J. H. Cobb* for respondent.

No. 359. Cornelius C. Watts et al. *v.* State of Arizona at Relation, etc., of Ignatius Burgoon, Treasurer, etc. Error to the Supreme Court of the State of Arizona. November 15, 1920. Petition for a writ of certiorari herein denied. *Mr. Herbert Noble* and *Mr. Joseph W. Bailey,* for plaintiffs in error, in support of the petition. *Mr. Leslie C. Hardy,* for defendant in error, in opposition to the petition.

No. 566. Fernand V. Gasquet *v.* George F. Lapeyre et al. November 15, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Louisiana denied. *Mr. J. C. Gilmore, Mr. Thomas Gilmore, Mr. William Winans Wall* and *Mr. G. T. Fitzhugh* for petitioner. No appearance for respondents.

No. 574. Kansas City Southern Railway Company *v.* Nick Leinen. November 15, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Arkansas denied. *Mr. S. W. Moore, Mr. James B. McDonough* and *Mr. A. F. Smith* for petitioner. *Mr. Fred B. Wheeler* for respondent.